## E. G. Lancaster, Appellee, v. Western Stoneware Company, Appellant.

### Gen. No. 18,814.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. WILL-IAM FENIMORE COOPER, Judge, presiding. Heard in this court at the October term, 1912. Affirmed. Opinion filed March 9, 1914.

### Statement of the Case.

Motion by Western Stoneware Company, a corporation, to set aside a judgment entered against the Company in favor of E. G. Lancaster. From a judgment denying the motion, the Company appeals.

DON P. PENNYWITT and ANDREW L. HAINLINE, for appellant; ALBERT N. EASTMAN, of counsel.

SAMUEL A. HARRISON, for appellee.

MR. JUSTICE BROWN delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 1380*—*when refusal to set aside default judgment not an abuse of discretion.* Refusal of trial court to set aside a judgment entered by default on failure of defendant to plead, *held* not an abuse of the trial court's discretion, where the only excuse offered for neglect to plead within the time allowed by the court was the fact that one of the attorneys of record for the defendant had been engaged in court upon important cases since the rule was entered and that he had been misled by the plaintiff to believe that no advantage would be taken of his failure to plead within the time specified.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.